**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1210**

_____

CHALEDEEANNKA DOCUMENT PREPARER GOYENS;
O'LEVIA GOYENS; MALCOLM GOYENS; FREDDIE
GOYENS,

                                    Plaintiffs - Appellants,

        versus

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN
RESOURCES,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-99-196-4-H)

_____

Submitted:  November 14, 2000        Decided:  November 22, 2000

_____

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chaledeeannka Document Preparer Goyens, Appellant Pro Se.  Claud Robert Whitener, III, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chaledeeannka Goyens appeals the district court's order dismissing her civil action for failure to state a claim upon which relief may be granted. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Goyens v. North Carolina Dep't of Health & Human Res., No. CA-99-196-4-H (E.D.N.C. Jan. 28, 2000). We deny the parties' motions to expedite the appeal, and we deny Goyens' "motion for release pending of records." We deny Goyens' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED